UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BURLAN O. and VIRGINIA A.
AKINS

        Plaintiffs,

vs.                          Case No. 2:04-mc-11-FtM-29SPC

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE

        Defendant.

_____

**ORDER**

This matter comes before the Court on general review of the file. Plaintiffs' "First Amendment Redress Controversy and Complaint"(Doc. #1) was filed on June 28, 2004. On June 29, 2004, this Court entered an Order instructing plaintiffs that their case would be refiled as a civil action and that they must pay $111.00 (the difference between the $39.00 they paid to file the matter as a "miscellaneous" case and the $150.00 filing fee required to commence a civil action) within twenty days or the Court would dismiss their case. (Doc. #2). Plaintiffs have failed to either pay the required fee or to apply to proceed in forma pauperis and file an Affidavit of Indengency (28 U.S.C. §1915).

Accordingly, it is now

**ORDERED:**

1) Plaintiff's case is **DISMISSED** without prejudice.

2) All pending motions are **MOOT** and the clerk shall close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of October, 2004.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE